IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| HAROLD DOUGLAS ECKSTEIN | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:14cv206 |
| WARDEN LARA | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Harold Douglas Eckstein, proceeding *pro se*, filed this petition for writ of habeas corpus. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the petition be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law set forth in the Report and Recommendation of United States Magistrate Judge are correct and the Report and Recommendation is hereby **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**So ordered and signed on**

**Sep 4, 2015**

_____
Ron Clark, United States District Judge